CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED

SEP 0 1 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ROBERT U. PAULEY,<br><br>*Plaintiff,*<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br><br>*Defendant.* | CIVIL ACTION NO. 6:05-CV-00026<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Before the Court is the Plaintiff's Motion to Remand. For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED

that the Plaintiff's Motion shall be, and it hereby is, DENIED.

The Clerk of the Court is hereby directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

9-1-05
Date